**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LEDSON et al., <br><br> Plaintiffs, <br><br> vs. <br><br> QTRAN, INC., <br><br> Defendant. | Case No. 1:16-cv-4901 <br><br> Honorable Judge Matthew F. Kennelly |

**STIPULATION OF DISMISSAL**

Plaintiffs, LEDsON and Luminii Corp., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby move for an order dismissing all claims in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: July 5, 2016            Respectfully submitted,

              /s/ Joseph M. Kuo
Joseph M. Kuo
William T. Eveland
ARNTSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
jmkuo@arnstein.com
wteveland@arnstein.com

*Attorneys for Plaintiffs LEDsON and Luminii Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served upon the following parties by way of electronic mail on this 5th day of July, 2016.

>Jeanne M. Gills, Esq.
>FOLEY & LARDNER LLP
>321 North Clark Street
>Suite 2800
>Chicago, IL 60654-5313
>(312) 832-4583
>jmgills@foley.com

>>/s/ Joseph M. Kuo
>>Joseph M. Kuo